# Court of Appeals
# of the State of Georgia

ATLANTA,  February 21, 2019

*The Court of Appeals hereby passes the following order:*

**A19A1361.  ALVIN DAVIS v. THE STATE.**

A jury found Alvin Davis guilty of malice murder and other offenses, and the trial court imposed a sentence of life in prison without the possibility of parole on the murder conviction.  Davis appealed to this Court from the denial of his motion for a new trial.[1]  He subsequently filed a motion to transfer this appeal to the Supreme Court.

Under our Constitution, the Supreme Court has appellate jurisdiction over "[a]ll cases in which a sentence of death was imposed or could be imposed."  Ga. Const. of 1983, Art. VI, Sec. VI, Par. III (8).  Because a penalty of death may be imposed for the crime of malice murder, jurisdiction is proper in the Supreme Court. See OCGA § 16-5-1 (a), (e) (1); *Neal v. State*, 290 Ga. 563, 572 (722 SE2d 765) (2012) (Hunstein, C. J., concurring); see also *State v. Thornton*, 253 Ga. 524, 524 (1) (322 SE2d 711) (1984) (directing this Court to transfer "all cases in which either a sentence of death or of life imprisonment has been imposed upon conviction of

---

[1] Although Davis observes in his notice of appeal that jurisdiction over this appeal lies in the Supreme Court, he nevertheless directed the appeal to this Court.

murder").  Accordingly, Davis's motion to transfer is GRANTED, and this appeal is hereby TRANSFERRED to the Supreme Court for disposition.



*Court of Appeals of the State of Georgia*
    *Clerk's Office, Atlanta,  02/21/2019  *
    *I certify that the above is a true extract from* *the minutes of the Court of Appeals of Georgia.*
    *Witness my signature and the seal of said court* *hereto affixed the day and year last above written.*

_____ *, Clerk.*